**Cortney WARD, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 82215.**

Missouri Court of Appeals,
Eastern District,
Division Two.

Feb. 24, 2004.

Celestine Dotson, St. Louis, MO, for appellant.

Jennifer Joyce, St. Louis, MO, for respondent.

Before GLENN A. NORTON, P.J., KATHIANNE KNAUP CRANE, J. and MARY K. HOFF, J.

## ORDER

PER CURIAM.

Cortney Ward appeals the judgment entered on his conviction for domestic assault.

We have reviewed Ward's brief—the State has filed none—and the record on appeal and find no error. No jurisprudential purpose would be served by a written opinion. The judgment is affirmed under Rule 30.25(b).